U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO

**COASTAL MENTAL HEALTH
CENTER, INC.**                                              CASE NO. 6:18-bk-02161
        Debtor
_____/                               Chapter 11

### DEBTOR'S CHAPTER 11 CASE MANAGEMENT SUMMARY

Coastal Mental Health Center, Inc.., as debtor and debtor-in-possession ("Debtor"), pursuant to Rule 2081-1, hereby files its Chapter 11 Case Management Summary (the "Summary"), and states:

Debtor filed its voluntary petition for relief under Chapter 11 of Title 11 US Code on 4/16/18.

(1) description of the debtor's business; The Debtor is a non-profit accredited mental health corporation engaged in outpatient behavioral mental health treatment. Debtor works with mental health professionals across Central Florida to deliver a system of care that will enable mental health patients to gain access to care in their local communities. Website is www.coastalmhc.com.

(2) locations of the debtor's operations and whether leased or owned; Debtor leases the following business premises: SANFORD - Corporate Office - 520 W. Lake Mary Blvd., Suite 214 Sanford, FL. 32773

    ORANGE CITY 300 Treemont Dr. Orange City, FL 32763

    DAYTONA 1673 Mason Ave, Suite 204 Daytona Beach, FL 32117

    COCOA 840 N. Cocoa Blvd, Suite E Cocoa, FL 32922

    LEESBURG 120 East North Blvd. Leesburg, FL 34748

    ORLANDO 1320 N. Semoran Blvd., Suite 107 Orlando FL. 32807

    KISSIMMEE 829 East Oak Street, Suite C Kissimmee, FL 34744

PALM BAY 5200 Babcock St NE, Suite 10 Palm Bay, Fl. 32905

(3) reasons for filing Chapter 11; Debtor had its operating and payroll account frozen by creditors 4/10/18 last week, and debtor could not continue ongoing operation of the business with bank accounts frozen: JP Morgan Chase Bank, NA Heathrow Branch 837 Village Oak Lane Lake Mary, Fl 32746.

(4) list of officers, directors and insiders (including relatives of insiders), if applicable, and their salaries and benefits at the time of filing and during the one year prior to filing;

Time of Filing
Timothy J. Scaletta CEO 160k per year paid every two weeks $4,809.53
Jason McElhinny  non afffiliate52k per year not affiliate and paid $2,000 every two weeks
Stan Farber zero compensation
Gina Ballard,  COO,  sister of CEO Timothy$77,050 YEAR $2,224.11 every two weeks
Joan Scaletta, $50,000 mother $1540.37 every two weeks
Michael Scaletta, $130,000 former Chairman, father $3961.24 every two weeks

One year prior
Michael Scaletta 130,000
Gina Ballard 77,050
Joan Scaletta 50,000
Timothy J. Scaletta $160,000

(5) the debtor's annual gross revenues; $4.5 million

(6) amounts owed to various creditors, including current year to date and prior fiscal year:

 (i) priority creditors such as governmental creditors for taxes,

    IRS is owed $70,000 for prepetition 941 taxes; employees will be current if paid

(ii) secured creditors and their respective collateral, 576,475.00 total; The Lenders are eight lenders, all discount accounts receivables and merchant cash advances, totaling $576,475, which seized or froze Debtor's bank accounts last week.  Much of the debt is unusually high interest in the 35% to 50% category;

GTR Source LLC $55,000.00

In Advance Capital LLC $40,000.00

Kings Cash Group $75,000.00

Pearl Capital  $69,000.00

Queen Funding LLC $40,000.00

SPG Advance LLC  $37,475.00

Strategic Funding $200,000.00

Yes Funding Services, LLC $60,000.00

(iii) unsecured creditors; none yet determined

(7) general description and approximate value of the debtor's current and fixed assets;

Assets:

Cash  90,000
A/R    220,000
Rent Deposits        28,000
Furniture & Equipment      203,000
       Total: 541,000

(8) number of employees and gross amounts of wages owed as of petition date;

including: 50 [ amounts owed prepetition 1 two week payroll: Doctor contractors and

employees:

| Name | Amount |
|---|---|
| Melissa Sanchez | 100.00 |
| Christine Grissom | 13,530.00 |
| Claudine Martinez | 1,272.50 |
| Cynthia Marie Allen Van Schoik | 576.00 |
| Joseph Gravil | 1,890.00 |
| Janniamen LLC | 9,350.00 |
| Kimberly Belk | 953.75 |
| Joseph Gravil | 836.25 |
| Maria E. Masferrer | 12,100.00 |
| Noel M White | 637.50 |
| Gina Ballard | 2,224.11 |
| Joan Scaletta | 1,540.37 |
| Michael Scaletta | 3,961.24 |
| Timothy J Scaletta | 4,809.53 |
| Jason McElhinny | 2,000.00 |

| | |
|---|---|
| Total: | 55,781.25 |

(9) status of the debtor's payroll and sales tax obligation, if applicable; no sales tax, some payroll taxes due $70,000.

(10) anticipated emergency relief to be requested within the first 14 days after the petition date; Emergency Motions: for turnover of bank account and to use cash collateral; to use existing bank accounts and clear prepetition payroll and contractor doctors, that Ombudsman will be unnecessary, motion for insider compensation, and motion for counsel for DIP,

(11) the debtor's strategic objectives, i.e., refinancing, cram down, surrender/sale of assets or business. Strategy is to arrange for payment of lenders so that no further disruption of the business will occur.

WHEREFORE, Debtor respectfully submits this Summary.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the foregoing was furnished via CM/ECF or will be served on all parties by mail.

Respectfully submitted,

JOEL M. ARESTY, P.A.
Counsel for Debtor
309 1st Ave S
Tierra Verde, FL 33715
Fax: 1-800-559-1870
Phone: (305) 904-1903
Aresty@Mac.com
By:/s/ Joel M. Aresty, Esq
Fla. Bar No. 19748